# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 24-3192**                           **September Term, 2024**

**1:24-cr-00239-CKK-1**

**Filed On: April 15, 2025** [2111220]

United States of America,

        Appellee

    v.

Douglas Edelman,

        Appellant

## M A N D A T E

In accordance with the judgment of February 21, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                  BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk

Link to the judgment filed February 21, 2025